(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

RICHARD W. NAGEL
CLERK OF COURT

2017 DEC 28 PM 1:57

U.S.D.C.
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

MAN: Antuan Burress-El

Case No. 1:17CV866

M.J. LITKOVITZ

J. BLACK

vs.

WOMAN: Ayesha Shabazz et al.

**APPLICATION/ MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES
(IN FORMA PAUPERIS)
AND AFFIDAVIT IN SUPPORT THEREOF**

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

I. Are you employed?  Yes ✓  No ___
   A. If you answered "Yes":
      (1) What is the name and address of your employer
      _Self employeed_

      (2) How much do you earn per month?
      _____

   B. If you answered "No"
      (1) Have you ever been employed?  Yes ___  No ___
      If yes, what was the last year and month you were employed? _____
      How much did you earn a month? _____

II. What is your marital status?
    Single _X_  Married ___  Widowed ___  Divorced ___
    A. If you answered "Married":
       (1) Is your spouse employed? Yes ___ No ___
       If yes, how much does your spouse earn each month?
       $ _____

III. Do you have any dependents?  Yes _X_  No ___
     If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
| (S  S) | child | custody |
| (H  B) | child | $250 m |
| (A  S) | child | stolen property |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?  Yes ✓  No ___
    A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| Self Employent | $950 | | $ |
| SSI | $650 | | $ |
| | $ | | $ |

V. Do you have any cash on hand or money in a savings, checking, or other account?
Yes____   No _X_

A. If you answered "Yes", state the combined total amount:
$ 0 .

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
Yes____   No _X_

A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Shelter | $ 600.00 | Child Expenses | $ 250.00 |
| Utilities | $ 400.00 | | $ |
| Clothes | $ 100.00 | | $ |
| Food | $ 150.00 — 200.00 | | $ |

VIII. State your address and telephone number where the Court can reach you.
5601 Arnsby Place
Cincinnati, OH 45227

I declare under penalty of perjury that the above information is true and correct.

12-28-17                    [signature]
Date                         Signature of Applicant