# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ANTUAN BURESS-EL, R, : | Case No. 1:17-cv-866 |
| Plaintiff, : | |
| : | Judge Timothy S. Black |
| vs. : | |
| : | Magistrate Judge Karen L. Litkovitz |
| AYESHA SHABAZZ, *et al.*, : | |
| Defendants. : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4)
## AND TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and submitted a Report and Recommendation recommending that the Complaint be dismissed with prejudice. (Doc. 4). Plaintiff timely filed an objection ("Objection"). (Doc. 5).[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

---

[1] Plaintiff's Objection does not set forth any argument or authority to rebut the Magistrate Judge's correct conclusion that the Complaint's allegations are insufficient to state a claim with an arguable basis in law over which this Court has subject matter jurisdiction. The Objection (Doc. 5) is accordingly **OVERRULED**.

Accordingly:

1. The Report and Recommendation (Doc. 4) is **ADOPTED**;

2. Plaintiff's Objection (Doc. 5) is **OVERRULED**;

3. Plaintiff's Complaint is **DISMISSED** with prejudice;

4. Pursuant to 28 U.S.C. § 1915(a), any appeal of this Order would not be taken in good faith and Plaintiff is accordingly denied leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals; and

5. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date:    11/21/18                             *s/ Timothy S. Black*
                                              Timothy S. Black
                                              United States District Judge