UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

**ANTUAN BURRRESS-EL,**

    **Plaintiff,**

-vs-                                                                       Case No. 1:17-CV-866

**AYESHA SHABAZZ,** *et al.***,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The Report and Recommendation (Doc. 4) is **ADOPTED**; 2. Plaintiff's Objection (Doc. 5) is **OVERRULED**; 3. Plaintiff's Complaint is **DISMISSED** with prejudice; 4. Pursuant to 28 U.S.C. § 1915(a), any appeal of this Order would not be taken in good faith and Plaintiff is accordingly denied leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals

Date: November 21, 2018                      RICHARD W. NAGEL, CLERK

                                                                                  By:<u>s/E. Hiltz</u>

                                                                                  E. Hiltz, Deputy Clerk